LINCOLN SQUARE LEGAL SERVICES, INC.

Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023

Tel 212-636-6934
Fax 212-636-6923

September 8, 2016

By ECF

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Erica Meltzer v. Debbie Stier, et al.**
**Case No. 15 Civ. 6184 (KPF)**

Dear Judge Failla:

Our office represents defendants Debbie Stier and the Perfect Score Project, LLC, in the above-entitled action. As Your Honor may be aware, our firm is the not-for-profit organization through which Fordham University School of Law runs some of its clinical programs. To that end, we request permission for the following students to appear before Your Honor in this action:

- Dylan Helfand
- Caroline Keegan
- Nikole Devaris Morgulis
- Princess Uchekwe

Enclosed are the Law Student Intern Appearance Forms signed by all necessary parties prior to Your Honor's review.

We appreciate Your Honor's consideration of this matter.

Respectfully,

/s/ Ron Lazebnik

Ron Lazebnik
Supervising Attorney

Encls.

CC (By ECF): Bonnie Josephs, Esq.
*Attorney for Plaintiff*