BONNIE P. JOSEPHS

ATTORNEY AT LAW

(212) 644-5712
TELEFAX (212) 838-9534
e-mail: josephs@bpjattorney.com

21ST FLOOR
1776 BROADWAY
NEW YORK, NEW YORK 10019

Hon: Katherine Polk Failla
District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

September 27, 2016

<u>Meltzer v. Stier</u>
Docket No. 15-Civ-06184 KPF

PLAINTIFF'S PRE-MOTION SUBMISSION

Hon. Judge Failla:

This letter will give notice to the Court that Plaintiff seeks leave to move the Court on or before October 28, 2016, and prior to scheduling any discovery proceedings, for an Order finding that the parties settled this action on March 24-25, 2016, and enforcing the settlement. Plaintiff's motion will reference <u>inter alia</u>: a) the "Winston factors" alluded to by the Court on the record of April 5, 2016, at pp 1-8, of the transcript thereof, and related factors; b) Defendants' letter to the Court dated April 29, 2016, docketed as #33; and c) the Court's Order dated May 19, 2016.

As Plaintiff contends, and will ask the Court to find, that the parties have settled this Action with the assistance of Magistrate Judge Francis, as of March 24-25, 2016, and to enforce the settlement, counsel for Defendants have agreed to stay discovery and the submission, now due on September 30, 2016, of an Amended and Supplemental Case Management Plan and Scheduling Order until Plaintiff's motion is resolved.

Defendants' counsel have proposed the following briefing schedule with which Plaintiff agrees: Plaintiff will serve and file the motion with all supporting papers on or before October 28,

2016. Defendants will serve and file opposition papers on or before November 30, 2016. Plaintiff will serve and file reply papers on or before December 14, 2016.

Respectfully yours,

Bonnie P. Josephs
Attorney for Plaintiff

cc: Ron Lazebnik
Attorney for Defendants
Debbie Stier, individually and
as principal of The Perfect
Score Project, LLC

Ms. Erica Meltzer
Plaintiff