LINCOLN SQUARE LEGAL SERVICES, INC.

Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023

Tel 212-636-6934
Fax 212-636-6923

November 16, 2017

**By ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Erica Meltzer v. Debbie Stier, et al.**
**Case No. 15 Civ. 6184 (KPF)**

Dear Judge Failla:

As Your Honor is aware, our office represents defendants Debbie Stier and the Perfect Score Project, LLC, in the above-entitled action, and is also the not-for-profit organization through which Fordham University School of Law runs some of its clinical programs. As we have done for past Legal Interns of the clinic, we request permission for the following students to appear before Your Honor in this action:

- Samuel Borenzweig
- Ben Steinberger
- Shaoul Sussman
- Yeilee Woo

Enclosed are the Law Student Intern Appearance Forms signed by all necessary parties prior to Your Honor's review.

We appreciate Your Honor's consideration of this matter.

Respectfully,

/s/ Ron Lazebnik

Ron Lazebnik
*Supervising Attorney*

Encls.

CC (By ECF): Bonnie Josephs, Esq.
*Attorney for Plaintiff*